# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

TIMOTHY RIPP and
all inmates confined at the
Waupun Correctional Institution,

      Plaintiffs,

   v.

DOCTOR LARSON M.D., RENEE RONZANI, CYNTHIA THORPE, JOHN RAY, SANDRA HAUTAMSKI, CINDY O'DONNELL, JAMES MUENCHOW, BELINDA SCHRUBBE, DONNA POORTENGA, STAIN R. TONN and GARY MCCAUGHTRY,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 09-cv-345-bbc

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____7/8/09_____
Date